# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-08262 MMM (VBKx) | Date | November 30, 2010 |
| Title | U.S. Bank National Assoc. v. Florentino Novoa, et al. | | |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| | |
|---|---|
| ANEL HUERTA | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Order Advancing Briefing Schedule on Motion to Remand[8]**

     On November 23, 2010, plaintiff filed a motion to remand the case to state court, currently on calendar for hearing on Monday, March 21, 2011 at 10:00 a.m.  The court, on its own motion, hereby advances briefing on plaintiff's motion.  Any opposition by defendant is due on or before **December 20, 2010.**  Any reply by plaintiff is due on or before **December 29, 2010.**  Conformed courtesy copies of all pleadings must be delivered directly to **chambers** in the Roybal Building by 12 noon on the day after filing.