```
ROBERT J. JACKSON & ASSOCIATES, INC.
Robert J. Jackson, Esq., SBN 53809
Amy E. Starrett, Esq., SBN 256204
4199 Campus Drive, Suite 700
Irvine, CA 92612
Tel:  (949) 854-2244/ Fax: (949) 892-1327
rjackson@jandalegal.com; astarrett@jandalegal.com

WRIGHT, FINLAY & ZAK, LLP
Madeleine K. Lee, Esq. SBN 258520
Nichole L. Glowin, Esq. SBN 262932
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050/Fax: (949) 477-9200
mlee@wrightleglal.net; nglowin@wrightlegal.net

Attorneys for Plaintiff,
U.S. BANK NATIONAL ASSOCIATION, as Trustee
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>FLORENTINO NOVOA; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-08262-MMM -VBK<br><br>**ASSOCIATION OF COUNSEL [AMENDED TO CORRECT ATTORNEY BAR NUMBER]** |
|---|---|

**TO ALL INTERESTED PARTIES:**

The undersigned representative for U.S. BANK NATIONAL ASSOCIATION, as Trustee, Plaintiff in this action, does hereby associate and appoint Madeleine K. Lee, SBN 258520, and Nichole L. Glowin, SBN262932 of Wright, Finlay & Zak, LLP, as associate counsel in addition to counsel of

1

ASSOCIATION OF COUNSEL

1  record, Robert J. Jackson, and Amy E. Starrett, of Jackson & Associates, Inc., in the above-captioned
2  matter.

3

Dated: November 19, 2010     By: _____
ROBERT J. JACKSON & ASSOCIATES, INC.

Robert J. Jackson, Esq.
Amy E. Starrett, Esq.,
Attorney of Record for Plaintiff


WRIGHT, FINLAY & ZAK, LLP

Dated: November 19, 2010     By:     /s/ Madeleine K. Lee
Madeleine K. Lee, Esq.
Nichole L. Glowin, Esq.,
Associate Attorneys for Plaintiff

ASSOCIATION OF COUNSEL