FILED

Name: Ebed Aguilera
Address: 12732 Paramount Blvd
Downey Ca 90242
Phone: 310 720 7697
Fax: ___

In Pro Per

2010 NOV 29 PM 4:20

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

Plaintiff

v.

Florentino Novoa AND DOES 1 THROUGH 100, INCLUSIVE
Defendant(s).

CASE NUMBER:

CV10-08262 MMM(VBKx)

TITLE OF PLEADING

Declaration of Defendant

After reading the court order, I ask the Court to please excuse my lack of knowledge in my filing and to please remand this case to Superior Court. I humbley appoligize for the inconvience.

FLORENTINO NOVOA

11-29-10

CV-127 (09/09)      PLEADING PAGE FOR A SUBSEQUENT DOCUMENT